

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00076-CV

IN THE INTEREST OF A.R.T., A CHILD

On Appeal from the 154th District Court
Lamb County, Texas
Trial Court No. DCV-20878-23, Honorable Kara L. Darnell, Presiding

March 28, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, J.T., appeals from the trial court's *Final Order in Suit Affecting the Parent-Child Relationship*.[1]  Now pending before this Court is Appellant's unopposed motion seeking voluntary dismissal of the appeal.  The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.  As no decision of the Court has been delivered to date, we grant

---

[1] To protect the privacy of the parties involved, we refer to them by their initials.  *See* TEX. FAM. CODE ANN. § 109.002(d); TEX. R. APP. P. 9.8(b).

the motion.  The appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam